## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MOMOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-cv-00975-RLH-LRL |
| v. ) | |
| ) | **O R D E R** |
| DENNIS MASTRO, et al., ) | |
| ) | |
| Defendants. ) | |

    This case comes before the court on plaintiff's Motion for Discovery Conference (#125). The court has considered the motion, defendants' Response and Cross Motion for Sanctions (#127), plaintiff's Reply in Support of Motion for Discovery Conference and Response to Cross Motion for Sanctions (#129), and defendants' Reply Memo in Support of Motion for Sanctions (#131).

    Counsel for the parties are experienced lawyers who, the court trusts, know and understand the rules of professional responsibility. The court expects counsel to comport themselves accordingly. Their personal attacks upon each other are unappealing and unproductive, and do little to enhance their credibility. If one side or the other engages in demonstrably sanctionable behavior, the court expects that the matter will be brought to the court's attention through a well grounded request for relief. Such is not the case here.

    IT IS THEREFORE ORDERED that plaintiff's Motion for Discovery Conference (#125) is denied.

. . .

. . .

IT IS FURTHER ORDERED that defendants' Cross Motion for Sanctions (#127) is denied.

DATED this 7th day of March, 2011.

*/s/ Lawrence R. Leavitt*

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**