# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MOMOT, | Case No.: 2:09-cv-00975-RLH-VCF |
| Plaintiff/Counterdefendant, | |
| vs. | **O R D E R** |
| DENNIS MASTRO, individually; MICHAEL MASTRO, individually; JEFF MASTRO, individually; DOES I through X, inclusive, | |
| Defendants/Counterclaimants. | |

On August 12, 2011, in accord with the Ninth Circuit Court of Appeals mandate, the Court stayed this case pending the outcome of the Maricopa County, Arizona arbitration commenced by Defendants in 2009. (Dkt. #231.) The Court also dissolved the permanent injunction terminating that arbitration and awarded Defendants the costs of their appeal. (*Id*.) In accord with that Order and stay, the Court now orders all pending motions withdrawn. This order does not affect the pendency of any motions before the Court of Appeals.

Dated: October 25, 2011.

_____
ROGER L. HUNT
United States District Judge

AO 72
(Rev. 8/82)

1