# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MOMOT, | Case No.: 2:09-cv-00975-RLH-VCF |
| Plaintiff/Counterdefendant, | **O R D E R** |
| vs. | |
| DENNIS MASTRO, individually, MICHAEL MASTRO, individually, JEFF MASTRO, individually; DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants/Counterclaimants. | |

Having considered the Arbitration Hearing scheduled beginning October 22, 2012, the Court orders the parties to file a joint status report within 30 days following the termination of the Hearing. The Court further orders the parties to show cause why the case should not, in the meantime, be ADMINISTRATIVELY CLOSED until and unless the parties find it necessary to request that it be reopened.

Dated: May 7, 2012

ROGER L. HUNT
United States District Judge

AO 72
(Rev. 8/82)